IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

MARLANA MAFILLE and
CHRISTOPHER MAFILLE,

    Plaintiffs,

vs.

KAISER-FRANCIS OIL COMPANY,

    Defendant.

Case No. 18-CV-586-TCK-FHM

## OPINION AND ORDER

Plaintiffs' Motion to Quash Deposition Notices, [Dkt. 20], is before the court for decision. Defendant filed an expedited response at the court's direction. [Dkt. 26].

The papers filed demonstrate that the depositions of Marlana and Christopher Mafille were noticed for March 14 and 19, 2019, after counsel had been advised that the schedules of Plaintiffs and their counsel made them unavailable for depositions in March. The discovery deadline for this case is set for July 31, 2019. [Dkt. 16].

The parties are hereby directed to work together to schedule the depositions at a mutually convenient time.

Plaintiffs' Motion to Quash Deposition Notices, [Dkt. 20], is GRANTED.

SO ORDERED this 5th day of March, 2019.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE