# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

MARLANA MAFILLE and
CHRISTOPHER MAFILLE,

    Plaintiffs,

vs.

KAISER-FRANCIS OIL COMPANY,

    Defendant.

Case No. 18-CV-586-TCK-FHM

## OPINION AND ORDER

Defendant's Motion for Highly Confidential Protective Order, [Dkt. 19], is before the court for decision. The matter has been fully briefed, [Dkt. 19, 25, 30].

Defendant seeks entry of a modified version of the court's form protective order which will enable it to designate some materials produced in discovery that Defendant considers to be confidential or sensitive business materials as "highly confidential" and to thereby prevent the disclosure of designated materials to Plaintiff Christopher Mafille. The reason for such restriction is that Mr. Mafille is employed by a competitor of Defendant. Plaintiffs object to the ability of Defendant to prevent disclosure of discovery materials to Mr. Mafille. Plaintiffs assert that Defendant has not shown the good cause necessary for entry of such an order.

The court finds that Mr. Mafille's employment with Defendant's competitor constitutes good cause for the entry of the requested protective order. The court routinely enters protective orders for the protection of such information. The use of such a protective order generally serves to speed up the production of documents and thus aids in the just, speedy, and inexpensive determination of the matters at issue as required by Fed.R.Civ.P. 1. Further, as specified in the Protective Order at Paragraph 8 "Objections

to Designations," a party may challenge a designation made under the protective order and, after the parties have consulted in an attempt to resolve the matter, the court will resolve the actual disputes that arise.

Defendant's Motion for Highly Confidential Protective Order, [Dkt. 19], is GRANTED. The court has entered a Protective Order herewith.

SO ORDERED this     day of March, 2019.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE